AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Davison, Paul E. | **2. Court or Organization**<br><br>US District Court, SDNY | **3. Date of Report**<br><br>04/26/2021 |
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>300 Quarropas Street<br>White Plains, New York 10601 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 04/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Hoguet Newman Regal & Kenney - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 04/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Account | | None | L | T | | | | | |
| 2. Aberdeen Asia Pacific Income Fund (FAX) | B | Int./Div. | K | T | | | | | |
| 3. BlackRock Intl Index Instl (MAIIX) | B | Int./Div. | M | T | Buy (add'l) | 01/27/20 | J | | |
| 4. Columbia Small Cap Index R5 (CXXRX) | B | Int./Div. | L | T | | | | | |
| 5. Consolidated Edison (ED) | A | Dividend | K | T | | | | | |
| 6. DFA Emerging Markets Core Equity (DFCEX) | A | Int./Div. | K | T | | | | | |
| 7. DFA Emerging Markets Value (DFEVX) | A | Int./Div. | L | T | | | | | |
| 8. Disney (DIS) | A | Dividend | L | T | | | | | |
| 9. Doubleline Total Return Bond Fund (DBLTX) | A | Int./Div. | L | T | Buy | 11/30/20 | K | | |
| 10. | | | | | Buy (add'l) | 12/31/20 | K | | |
| 11. Dreyfus S&P 500 Stock Index R (DSPIX) | E | Int./Div. | N | T | Sold (part) | 01/21/20 | K | | |
| 12. | | | | | Buy (add'l) | 01/27/20 | J | | |
| 13. Fidelity Global ex-US Index Fund (FSGGX) | A | Int./Div. | | | Buy | 03/20/20 | K | | |
| 14. | | | | | Sold | 12/22/20 | K | | |
| 15. Fidelity Government Cash Reserves (FDRXX) | A | Int./Div. | | | Closed | 04/13/20 | L | | |
| 16. Fidelity Government Money Market (SPAXX) | A | Int./Div. | K | T | | | | | |
| 17. Fidelity Inflation Protected Bond Index (FIPDX) (Formerly FSIYX) | A | Int./Div. | L | T | Sold (part) | 12/22/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Short Term Treasury Bond Index (FUMBX) | A | Int./Div. | | | Sold | 03/20/20 | K | | |
| 19. | Fidelity Treasury Fund (FZFXX) | A | Dividend | M | T | | | | | |
| 20. | iShares 0-5 Year Investment Grade Corporate Bond ETF (SLQD) | A | Int./Div. | | | Sold | 03/20/20 | K | | |
| 21. | iShares Core MSCI Emerging Markets (IEMG) | A | Int./Div. | K | T | | | | | |
| 22. | iShares Core US Value (IUSV) | A | Int./Div. | K | T | | | | | |
| 23. | iShares MBS ETF (MBB) | A | Int./Div. | | | Sold | 11/04/20 | K | | |
| 24. | iShares S&P 500 (IVV) | A | Int./Div. | | | Sold | 12/22/20 | K | | |
| 25. | Johnson & Johnson (JNJ) | B | Int./Div. | L | T | | | | | |
| 26. | Lord Abbett Short Duration Income R5 (LDLTX) | C | Int./Div. | M | T | Buy (add'l) | 01/21/20 | K | | |
| 27. | | | | | | Sold (part) | 07/27/20 | K | | |
| 28. | Nuveen Credit Strategies Income Fund (JQC) | B | Int./Div. | K | T | Buy | 03/20/20 | K | | |
| 29. | | | | | | Sold | 04/09/20 | K | | |
| 30. | | | | | | Buy | 07/27/20 | J | | |
| 31. | PIMCO Income Institutional (PIMIX) | C | Int./Div. | L | T | | | | | |
| 32. | Powershares Build America Bond (BAB) | C | Int./Div. | M | T | Buy (add'l) | 05/14/20 | J | | |
| 33. | | | | | | Buy (add'l) | 06/16/20 | K | | |
| 34. | | | | | | Buy (add'l) | 07/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy (add'l) | 08/21/20 | K | | |
| 36. | | | | | Buy (add'l) | 09/29/20 | K | | |
| 37. Schwab International Small Cap Equity (SCHC) | | None | K | T | Buy | 12/22/20 | K | | |
| 38. SPDR Barclays Municipal (TFI) | A | Int./Div. | K | T | Sold (part) | 12/28/20 | J | | |
| 39. Stone Ridge Hedged Equity Fund (VRLIX) | A | Int./Div. | K | T | Buy | 07/27/20 | K | | |
| 40. | | | | | Buy (add'l) | 12/22/20 | K | | |
| 41. Stone Ridge Reinsurance Reinsurance Risk Premium (SRRIX) | A | Int./Div. | J | T | Sold (part) | 02/28/20 | K | | |
| 42. | | | | | Sold (part) | 05/29/20 | J | | |
| 43. Vanguard GNMA Admiral (VFIJX) | B | Int./Div. | M | T | | | | | |
| 44. Zimmer Biomet Holdings Inc (ZBH) | A | Dividend | K | T | | | | | |
| 45. TRUST #1 (H) | | | | | | | | | |
| 46. DFA Emerging Market Value (DFEVX) | B | Int./Div. | L | T | | | | | |
| 47. Fidelity Conservative Income Municipal Bond Fund (FMNDX) | A | Int./Div. | | | Buy | 07/27/20 | K | | |
| 48. | | | | | Sold | 11/18/20 | K | | |
| 49. -Fidelity New York Municipal Income (FTFMX) | B | Int./Div. | L | T | | | | | |
| 50. -Fidelity Spartan 500 Index (FXAIX) | C | Int./Div. | M | T | | | | | |
| 51. -Fidelity Extended Market Index (FSMAX) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davison, Paul E. | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Short Term Treasury Bond Index (FUMBX) | B | Int./Div. | M | T | | | | | |
| 53. -Fidelity Spartan Tax-Free Bond (FTABX) | B | Int./Div. | L | T | Buy (add'l) | 05/28/20 | K | | |
| 54. -Fidelity Total Market Index (FSKAX) | D | Int./Div. | N | T | | | | | |
| 55. Fidelity Treasury Fund (FZFXX) | A | Int./Div. | L | T | | | | | |
| 56. Invesco Taxable Municipal Bond ETF (BAB) | A | Int./Div. | K | T | Buy | 06/24/20 | K | | |
| 57. iShares MBS ETF (MBB) | A | Int./Div. | L | T | Buy | 05/28/20 | K | | |
| 58. | | | | | Buy (add'l) | 06/24/20 | K | | |
| 59. | | | | | Buy (add'l) | 08/21/20 | K | | |
| 60. | | | | | Buy (add'l) | 11/18/20 | K | | |
| 61. -iShares MSCI EAFE Index (EFA) | B | Int./Div. | M | T | | | | | |
| 62. -iShares MSCI Emerging Markets Index (EEM) | B | Int./Div. | M | T | | | | | |
| 63. -iShares Russell 1000 Index (IWB) | B | Int./Div. | L | T | | | | | |
| 64. -iShares S&P 500 Index (IVV) | B | Int./Div. | M | T | Buy (add'l) | 03/20/20 | J | | |
| 65. | | | | | Sold (part) | 02/10/20 | K | | |
| 66. | | | | | Sold (part) | 05/28/20 | J | | |
| 67. | | | | | Sold (part) | 07/27/20 | J | | |
| 68. | | | | | Sold (part) | 08/21/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davison, Paul E.** | 04/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -Nuveen Energy MLP Total Return (JMF) | A | Int./Div. | | | Distributed | 05/11/20 | J | | |
| 70.   -Nuveen NY Municipal Dividend Advantage (NAN) | B | Int./Div. | K | T | | | | | |
| 71.   -S&P Dep Receipts (SPY) | B | Int./Div. | L | T | | | | | |
| 72.   Schwab Intermediate Term Treasury Fund (SCHR) | B | Int./Div. | L | T | Sold (part) | 05/28/20 | K | | |
| 73.   Schwab US TIPs Fund (SCHP) | B | Int./Div. | M | T | | | | | |
| 74.   -SPDR Barclays Municipal (TFI) | B | Int./Div. | L | T | | | | | |
| 75.   -SPDR Dow Jones Industrial Average (DIA) | B | Int./Div. | L | T | | | | | |
| 76.   -Vanguard FTSE (VSS) | A | Int./Div. | K | T | | | | | |
| 77.   -Vanguard Short Term Corp Bond (VCSH) | A | Int./Div. | | | Sold | 03/20/20 | L | | |
| 78.   NY 529 Account (H) | | | | | | | | | |
| 79.   Interest Accumulation Portflio | A | Int./Div. | J | T | Buy (add'l) | 01/02/20 | J | | |
| 80. | | | | | Sold (part) | 01/06/20 | K | | |

---

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 15, the money market fund FDRXX was switched to FZFXX (line 19) on 4/13/20.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul E. Davison**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544